```
FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
EMAIL: fru@berliner.com
EMAIL: cep@berliner.com
ATTORNEYS FOR JON R. DOYLE
```

*E-filed 11/16/05*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JON R. DOYLE,<br><br>Defendant. | Case No. CR-05-00199 HRL<br><br>STIPULATON AND ORDER CONTINUING SENTENCING HEARING |

The parties hereby agree and stipulate as follows:

WHEREAS,

The parties have had informal discussions in an effort to resolve potential restitution issues prior to sentencing. Based on the discussions to date, the parties believe that additional time will be necessary for an agreement to be reached and for the potential funds to be available by defendant to pay restitution prior to the sentencing hearing. Therefore, the parties intend to seek leave of the court to vacate the existing sentencing date and set a new sentencing date to occur in the spring of 2006.

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

The case should be continued for a sentencing hearing to occur on Thursday, April 6, 2006 at 9:30 a.m. before the Honorable Howard R. Lloyd, United States Magistrate Judge.

Dated: November 3, 2005

                                              BERLINER COHEN

By   /s/ Christian E. Picone
    FRANK R. UBHAUS
    CHRISTIAN E. PICONE
    ATTORNEYS FOR JON R. DOYLE

Dated: November 15, 2005

KEVIN D. RYAN
UNITED STATES ATTORNEY

By   /s/ Shashi H. Kewlaranani
    SHASHI H. KEWALRANANI
    ASSISTANT UNITED STATES
    ATTORNEY

/ / /

/ / /

/ / /

/ / /

# ORDER

Based on the foregoing stipulation signed by the government and counsel for defendant and good cause appearing therefore,

It is hereby ordered that the sentencing hearing scheduled for Thursday, January 5, 2006 is vacated and this matter is continued for a sentencing hearing to occur on Thursday, April 6, 2006 at 9:30 a.m.

Dated:  November __16__, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE