| | |
|---|---|
| 1 | FRANK R. UBHAUS, CA STATE BAR NO. 46085 |
| | CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275 |
| 2 | BERLINER COHEN |
| | TEN ALMADEN BOULEVARD  *E-filed 3/3/06* |
| 3 | ELEVENTH FLOOR |
| | SAN JOSE, CALIFORNIA 95113-2233 |
| 4 | TELEPHONE: (408) 286-5800 |
| | FACSIMILE: (408) 998-5388 |
| 5 | EMAIL: fru@berliner.com |
| | EMAIL: cep@berliner.com |
| 6 | ATTORNEYS FOR JON R. DOYLE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. CR-05-00199 HRL |
| Plaintiff, | | STIPULATON AND ORDER CONTINUING SENTENCING HEARING |
| vs. | | |
| JON R. DOYLE, | | |
| Defendant. | | |

The parties hereby agree and stipulate as follows:

WHEREAS,

The parties have had informal discussions in an effort to resolve potential restitution issues prior to sentencing. Based on the discussions to date, the parties believe that additional time will be necessary for an agreement to be reached and for the potential funds to be available by defendant to pay restitution prior to the sentencing hearing. Therefore, the parties request leave of the court to vacate the existing sentencing hearing on April 6, 2006 and set a new sentencing hearing on May 11, 2006.

/ / /

/ / /

/ / /

/ / /

**IT IS THEREFORE STIPULATED AS FOLLOWS:**

The case should be continued for a sentencing hearing to occur on Thursday, May 11, 2006 at 9:30 a.m. before the Honorable Howard R. Lloyd, United States Magistrate Judge.

Dated: March 1, 2006

                                                BERLINER COHEN

                                                By /s/ Christian E. Picone
                                                   FRANK R. UBHAUS
                                                   CHRISTIAN E. PICONE
                                                   ATTORNEYS FOR JON R. DOYLE

Dated: March 1, 2006

                                              KEVIN D. RYAN
                                              UNITED STATES ATTORNEY

                                              By /s/ Shashi H. Kewalranani
                                                   SHASHI H. KEWALRANANI
                                                   ASSISTANT UNITED STATES
                                                   ATTORNEY

///

///

///

///

\CEP\674206.1
110105-11288001
    STIPULATION AND ORDER
    Case No. CR-05-00199 HRL
    -2-

**ORDER**

Based on the foregoing stipulation signed by the government and counsel for defendant and good cause appearing therefore,

It is hereby ordered that the sentencing hearing scheduled for Thursday, April 6, 2006 is vacated and this matter is continued for a sentencing hearing to occur on Thursday, May 11, 2006 at 9:30 a.m.

Dated: March 3, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE