*E-filed 4/21/06*

FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
EMAIL: fru@berliner.com
EMAIL: cep@berliner.com
ATTORNEYS FOR JON R. DOYLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JON R. DOYLE,<br><br>  Defendant. | Case No. CR-05-00199 HRL<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Crim. L.R. 32-2 |

**STIPULATION**

Pursuant to Criminal Local Rule 32-2, Jon R. Doyle requests that the court continue the sentencing hearing to June 29, 2006 at 9:30 a.m.

Good cause exists to continue this hearing. Attorneys for Jon Doyle and the government are attempting to settle the restitution issue prior to sentencing. The attorneys are attempting to arrange a meeting with general counsel for the victim to foster a settlement of restitution. The parties believe that additional time is necessary to complete this task. Therefore, it is necessary to continue the sentencing hearing.

1. On April 13, 2006, I discussed the reasons for seeking a continuance of the sentencing hearing and the proposed hearing date of June 29, 2006, with Assistant United States Attorney Shashi H. Kewalranani. Mr. Kewalranani does not object to the stipulation and continued hearing date.

2. On April 19, 2006, I had a follow-up discussion with Assistant Probation Officer J.D. Woods about seeking a continuance of the sentencing hearing and the proposed hearing date of June 29, 2006. Mr. Woods does not object to the stipulation and continued hearing date.

3. On April 19, 2006, my secretary confirmed with the Courtroom Deputy Clerk that June 29, 2006 at 9:30 a.m. is available as a proposed hearing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on the 19th day of April 2006 at San Jose, California.

Dated: April 19, 2006

            BERLINER COHEN

            By /s/Christian E. Picone
               FRANK R. UBHAUS
               CHRISTIAN E. PICONE
               ATTORNEYS FOR JON R. DOYLE

I approve of the above Stipulation.

Dated: April 19, 2006

            KEVIN D. RYAN
            UNITED STATES ATTORNEY

            By /s/Shashi H. Kewalranani
               SHASHI H. KEWALRANANI
               ASSISTANT UNITED STATES
               ATTORNEY

/ / /

/ / /

**ORDER**

Based on the foregoing stipulation and good cause appearing therefore, it is hereby ordered that the sentencing hearing scheduled for Thursday, May 11, 2006 is vacated and this matter is continued for a sentencing hearing on Thursday, June 29, 2006 at 9:30 a.m.

Dated: April 20, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE