1  FRANK R. UBHAUS, CA STATE BAR NO. 46085
   CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  EMAIL: fru@berliner.com
   EMAIL: cep@berliner.com
6  ATTORNEYS FOR JON R. DOYLE

RECEIVED

FILED JUN 28 2006

JUN 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JON R. DOYLE,<br><br>Defendant. | Case No. CR-05-00199 HRL<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>Crim. L.R. 32-2 |

## STIPULATION

Pursuant to Criminal Local Rule 32-2, Jon R. Doyle requests that the court continue the sentencing hearing to September 28, 2006 at 9:30 a.m.

Good cause exists to continue this hearing. Late last month the victim, E-brary, directed that its associate general counsel engage in restitution discussion with defense counsel in an attempt to resolve the restitution issue prior to the sentence hearing. The parties believe that resolving restitution prior to sentencing will preserve judicial resources and allow the sentencing to proceed without the necessity of a drawn out hearing on that issue. After a preliminary discussion between defense counsel and counsel for E-brary the parties are set to meet at E-brary on July 10, 2006. Therefore, it is necessary to continue the sentencing hearing to resolve the restitution issue. Additionally, continuing the sentencing hearing to September 28, 2006 will allow the probation officer adequate time to incorporate the restitution resolution into the Pre-sentence Report.

1. On June 27, 2006, I discussed the reasons for seeking a continuance of the sentencing hearing and the proposed hearing date of September 28, 2006, with Assistant United States Attorney Shashi H. Kewalranani. Mr. Kewalranani does not object to the stipulation and continued hearing date.

2. On June 26, 2006, I had a follow-up discussion with Assistant Probation Officer J.D. Woods about seeking a continuance of the sentencing hearing and the proposed hearing date of September 28, 2006. Mr. Woods does not object to the stipulation and continued hearing date.

3. On June 26, 2006, my secretary confirmed with the Courtroom Deputy Clerk that September 28, 2006 at 9:30 a.m. is available as a proposed hearing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on the 27th day of June 2006 at San Jose, California.

Dated: June 27, 2006

BERLINER COHEN

By /s/Christian E. Picone
FRANK R. UBHAUS
CHRISTIAN E. PICONE
ATTORNEYS FOR JON R. DOYLE

///

///

I approve of the above Stipulation.

Dated: June 27, 2006

                                            KEVIN D. RYAN
                                            UNITED STATES ATTORNEY

                                            By /s/Shashi H. Kewalranani
                                               SHASHI H. KEWALRANANI
                                               ASSISTANT UNITED STATES
                                               ATTORNEY

## ORDER

Based on the foregoing stipulation and good cause appearing therefore, it is hereby ordered that the sentencing hearing scheduled for Thursday, June 29, 2006 is vacated and this matter is continued for a sentencing hearing on Thursday, September 28, 2006 at 9:30 a.m.

Dated: June 28, 2006

                                            HOWARD R. LLOYD
                                            UNITED STATES MAGISTRATE JUDGE