FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA. STATE BAR NO. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
EMAIL: fru@berliner.com
EMAIL: cep@berliner.com
ATTORNEYS FOR JON R. DOYLE

*E-filed 8/23/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE VENUE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JON R. DOYLE,

    Defendant.

Case No. CR-05-00199 HRL

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

Crim. L.R. 32-2

[No Hearing Requested]

## STIPULATION

Pursuant to Criminal Local Rule 32-2, Jon R. Doyle requests that the court continue the sentencing hearing to November 30, 2006 at 9:30 a.m.

Good cause exists to continue this hearing. Last month E-brary's vice president and general counsel met with the defendant to resolve restitution. Progress was made in reaching a resolution of the restitution issue. However, the parties were not able to come to a final agreement. Recently the parties exchanged documents regarding restitution in an attempt to narrow the issues. The parties are attempting to schedule another meeting in mid September. E-brary's general counsel and defense counsel plan to agree on another meeting date sometime next week. The parties were unable to set a new date earlier. All parties believe that resolving restitution prior to sentencing will preserve judicial resources and allow the sentencing to proceed without the necessity of a drawn out hearing on that issue. Therefore, it is necessary to continue the sentencing hearing to resolve the

restitution issue. Additionally, continuing the sentencing hearing to November 30, 2006 will allow the probation officer adequate time to incorporate the restitution resolution into the Pre-sentence Report.

1. On August 18, 2006, I discussed the reasons for seeking a continuance of the sentencing hearing and the proposed hearing date of November 30, 2006, with Assistant United States Attorney Shashi H. Kewalranani. Mr. Kewalranani does not object to the stipulation and continued hearing date.

2. On August 18, 2006, I had a follow-up discussion with Assistant Probation Officer J.D. Woods about seeking a continuance of the sentencing hearing and the proposed hearing date of November 30, 2006. Mr. Woods does not object to the stipulation and continued hearing date. Mr. Woods advised me that due to his schedule he requests that the matter be continued to a November date rather than October.

3. On August 18, 2006, my secretary confirmed with the Courtroom Deputy Clerk that November 30, 2006 at 9:30 a.m. is available as a sentence hearing date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on the 22nd day of August 2006 at San Jose, California.

BERLINER COHEN

By /s/Christian E. Picone
FRANK R. UBHAUS
CHRISTIAN E. PICONE
ATTORNEYS FOR JON R. DOYLE

/ / /

/ / /

I approve of the above Stipulation.

Dated: August 22, 2006

           KEVIN D. RYAN
           UNITED STATES ATTORNEY


By /s/Shashi H. Kewalranani
SHASHI H. KEWALRANANI
ASSISTANT UNITED STATES ATTORNEY

### ORDER

Based on the foregoing stipulation and good cause appearing therefore, it is hereby ordered that the sentencing hearing scheduled for Thursday, September 28, 2006 is vacated and this matter is continued for a sentencing hearing on Thursday, November 30, 2006 at 9:30 a.m.

Dated: August 23, 2006

          _____
          HOWARD R. LLOYD
          UNITED STATES MAGISTRATE JUDGE