1 FRANK R. UBHAUS, CA STATE BAR NO. 46085
CHRISTIAN E. PICONE, CA STATE BAR NO. 218275
2 BERLINER COHEN
TEN ALMADEN BOULEVARD
3 ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
4 TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
5 frank.ubhaus@berliner.com
christian.picone@berliner.com
6
7 ATTORNEYS FOR DEFENDANT JON R. DOYLE

**FILED**

NOV **1 3** 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE OFFICE

11 UNITED STATES OF AMERICA,

12 Plaintiff,

13 v.

14 JON R. DOYLE,

15 Defendant.

CASE NO.  CR-05-00199 HRL

STIPULATION AND ORDER
CONTINUING SENTENCING HEARING

Crim. L.R. 32-2

[No Hearing Requested]

16

17 **STIPULATION**

18 Pursuant to Criminal Local Rule 32-2, Jon R. Doyle requests that the court continue the

19 sentencing hearing to February 1, 2007 at 9:30 a.m.

20 Good cause exists to continue this hearing.  In mid September, Mr. Doyle and defense

21 counsel met with E-brary's vice president and general counsel to resolve restitution.  Progress

22 was made in reaching a resolution of the restitution issue.  However, E-brary requested

23 documents that were in the possession of the United States Probation Office.  Mr. Doyle could

24 not provide the specific documents to E-brary until October 30th.  All parties believe that

25 resolving restitution prior to sentencing will preserve judicial resources and allow the sentencing

26 to proceed without the necessity of a drawn out hearing on that issue.  Therefore, it is necessary

27 to continue the sentencing hearing to resolve the restitution issue.  Additionally, continuing the

28

CASE NO.  CR-05-00199 HRL                    -1-
STIPULATION AND ORDER CONTINUING SENTENCING HEARING

\CEP\708984.1
110306-11288001

1  sentencing hearing to February 1, 2007 will allow the probation officer adequate time to

2  incorporate the restitution resolution into the Pre-sentence Report.

3      1.      On November 2, 2006, I discussed the reasons for seeking a continuance of the

4  sentencing hearing and the proposed hearing date of February 1, 2007, with Assistant United

5  States Attorney Shashi H. Kewalranani.  Mr. Kewalranani does not object to the stipulation and

6  continued hearing date.

7      2.      On November 2, 2006, I had a follow-up discussion with Assistant Probation

8  Officer J.D. Woods about seeking a continuance of the sentencing hearing and the proposed

9  hearing date of February 1, 2007.  Mr. Woods does not object to the stipulation and continued

10  hearing date.

11      I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct and that this document was executed on the 6th day of November

13  2006, at San Jose, California.

14  DATED:  NOVEMBER 6, 2006            BERLINER COHEN

15

16                                    BY:  /S/CHRISTIAN E. PICONE
                                         FRANK R. UBHAUS
17                                       CHRISTIAN E. PICONE
                                         ATTORNEYS FOR DEFENDANT JON R. DOYLE
18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

CASE NO.  CR-05-00199 HRL                    -2-

\CEP\708984.1
110306-11288001          STIPULATION AND ORDER CONTINUING SENTENCING HEARING

1   I approve of the above Stipulation.

2
    Dated: November 6, 2006
3
                                 KEVIN D. RYAN
4                                UNITED STATES ATTORNEY

5
                                 BY:  /s/SHASHI H. KEWALRANANI
6                                     SHASHI H. KEWALRANANI
                                      ASSISTANT UNITED STATES ATTORNEY
7

8

9
                                    **ORDER**
10
            Based on the foregoing stipulation and good cause appearing therefore, it is hereby
11
    ordered that the sentencing hearing scheduled for Thursday, November 30, 2006 is vacated and
12
    this matter is continued for a sentencing hearing on Thursday, February 1, 2007 at 9:30 a.m.
13
    DATED:     11/13/06
14

15
                                    _____
16                                  HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CR-05-00199 HRL                -3-

STIPULATION AND ORDER CONTINUING SENTENCING HEARING

\CEP\708984.1
110306-11288001