FRANK R. UBHAUS, CA STATE BAR No. 46085                *E-filed 1/16/07*
CHRISTIAN E. PICONE, CA STATE BAR No. 218275
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
frank.ubhaus@berliner.com
christian.picone@berliner.com

ATTORNEYS FOR DEFENDANT JON R. DOYLE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  CR-05-00199 HRL |
| Plaintiff, | *EX PARTE* APPLICATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | Crim. L.R. 32-2 |
| JON R. DOYLE, | [No Hearing Requested] |
| Defendant. | |

## *EX PARTE* APPLICATION AND ORDER CONTINUING SENTENCING HEARING

Pursuant to Criminal Local Rule 32-2, Jon R. Doyle requests that the court continue the sentencing hearing to April 26, 2007 at 9:30 a.m.

Good cause exists to continue this hearing.  The court requested a new hearing date.  In addition, the parties continue to work to resolve the restitution issue prior to the sentencing hearing.  Due to E-brary's year-end accounting, its counsel was not available to discuss restitution.  She will not be available until the end of January.  Therefore, it is necessary to continue the sentencing hearing to resolve the restitution issue.  Continuing the sentencing hearing to April 26, 2007 will allow the probation officer adequate time to incorporate the restitution resolution into the Pre-sentence Report.

\CEP\708984.2
011207-11288001

1  1.  On January 12, 2006, Assistant United States Attorney Shashi H. Kewalranani

2 advised me that he does not object to this application and continued hearing date.

3  2.  On January 10, 2007, I had a discussion with Assistant Probation Officer J.D.

4 Woods about seeking a continuance of the sentencing hearing and the proposed hearing date of

5 April 26, 2007. Mr. Woods does not object to this application and continued hearing date.

6  3.  On January 11, 2007, my secretary confirmed with the Courtroom Deputy Clerk

7 that April 26, 2007 at 9:30 a.m. is available as a sentence hearing date.

8  I declare under penalty of perjury under the laws of the United States of America that the

9 foregoing is true and correct and that this document was executed on the 12th day of January

10 2007, at San Jose, California.

11 DATED:  JANUARY 12, 2007   BERLINER COHEN

13         BY: /s/CHRISTIAN E. PICONE
           FRANK R. UBHAUS
14           CHRISTIAN E. PICONE
           ATTORNEYS FOR DEFENDANT JON R. DOYLE

**ORDER**

  Based on the foregoing application and good cause appearing therefore, it is hereby

ordered that the sentencing hearing scheduled for Thursday, February 1, 2007, is vacated and this

matter is continued for a sentencing hearing on Thursday, April 26, 2007 at 9:30 a.m.

DATED: 1/16/07

           HOWARD R. LLOYD
           UNITED STATES MAGISTRATE JUDGE

\CEP\708984.2
011207-11288001